# Third District Court of Appeal
## State of Florida

Opinion filed January 5, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-595
Lower Tribunal No. 19-29666
_____

**David Cohen,**
Appellant,

vs.

**Angela Maria Patino,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Guzman, Judge.

Ernesto S. Medina, for appellant.

Varca Law, PLLC, and Christopher A. Varca (Deerfield Beach), for appellee.

Before SCALES, LINDSEY, and HENDON, JJ.

PER CURIAM.

Affirmed.